DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DERRICK PETTIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2992

[November 30, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jack S. Cox, Judge; L.T. Case No. 1996CF003842AXX.

Derrick Pettis, Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KUNTZ, JJ., concur.

*			*			*

***Not final until disposition of timely filed motion for rehearing.***